IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORTH SHORE PHYSICAL WELLNESS, LTD., ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 17 C 3521 | |
| ) | | |
| v. ) | | |
| ) | | |
| ACCESA MEDICAL, INC. ) | Judge Coleman | |
| PUSH HEALTH, INC., ) | Magistrate Judge Cole | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF SETTLEMENT**

Plaintiff North Shore Physical Wellness, Ltd. and Defendants Accesa Medical, Inc. and Push Health, Inc. have resolved this matter on an individual basis. The parties anticipate filing a stipulation of dismissal in February, 2018.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify that on July 27, 2017, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following:

      Derrick F. Coleman.
      Coleman Frost LLP
      derrick@colemanfrost.com
      201 Nevada Street
      El Segundo, CA 90245

      Richard J. Nogal
      Keith R. Krider
      rjn@gsrnh.com
      krk@gsrnh.com
      Goldstine, Skrodzki, Russian, Nemec, and Hoff, Ltd.
      835 McClintock Drive, Second Floor
      Burr Ridge, IL 60527


      s/ Heather Kolbus
      Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)