IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTH SHORE PHYSICAL WELLNESS, LTD., on behalf of plaintiff and the class members defined herein,<br><br>    Plaintiff,<br><br>v.<br><br>ACCESA MEDICAL, INC.,<br>PUSH HEALTH, INC. and JOHN DOES 1-10,<br><br>    Defendants. | 17 C 3521<br><br>Judge Coleman |

## STIPULATION OF DISMISSAL

Plaintiff North Shore Physical Wellness, Ltd., and defendants Accesa Medical, Inc. and Push Health, Inc., by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of plaintiff North Shore Physical Wellness, Ltd.'s individual claims against defendants Accesa Medical, Inc. and Push Health, Inc. with prejudice and without costs. Plaintiff North Shore Physical Wellness, Ltd. voluntarily dismisses its class claims against defendants Accesa Medical, Inc. and Push Health, Inc. without prejudice and without costs. Plaintiff North Shore Physical Wellness, Ltd. voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus<br>Daniel A. Edelman<br>Heather Kolbus<br>EDELMAN, COMBS, LATTURNER,<br>    & GOODWIN, LLC<br>20 S. Clark Street, Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200 | /s/ Keith R. Krider<br>Richard J. Nogal<br>Keith R. Krider<br>GOLDSTINE, SKRODZKI,<br>RUSSIAN, NEMEC & HOFF, LTD.<br>835 McClintock Drive, Second Floor<br>Burr Ridge, IL 60527<br>(630) 655-6000 |

1

Derrick F. Coleman
COLEMAN FROST LLP
201 Nevada Street
El Segundo, CA 90245
(424) 277-1650

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on January 17, 2018, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system which caused notice via email to be sent to the following:

Richard J. Nogal
Keith R. Krider
Goldstine, Skrodzki, Russian, Nemec & Hoff, Ltd.
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527

Derrick F. Coleman
Coleman Frost, LLP
201 Nevada Street
El Segundo, CA 90245

               s/ Heather Kolbus
               Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)